# EXHIBIT 1

## Adam M. Sparks

| | |
|---|---|
| **From:** | J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com> |
| **Sent:** | Wednesday, June 9, 2021 10:34 AM |
| **To:** | Adam M. Sparks; Cross, David D. |
| **Cc:** | Halsey G. Knapp, Jr.; Kaiser, Mary |
| **Subject:** | RE: Subpoena to Dominion Voting Systems Corporation re: Curling v. Raffensperger |

I didn't, so do what you need to do. Please email me a copy so I have it.

---

**From:** Adam M. Sparks <sparks@khlawfirm.com>
**Sent:** Wednesday, June 9, 2021 10:34 AM
**To:** Cross, David D. <DCross@mofo.com>; J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>
**Cc:** Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Kaiser, Mary <MKaiser@mofo.com>
**Subject:** RE: Subpoena to Dominion Voting Systems Corporation re: Curling v. Raffensperger

Good morning Matt,

Did you get a response from your client?

We plan to serve the subpoena today, as we need to get our discovery moving under the Court's abbreviated schedule.

Thank you,

**Adam M. Sparks**
Litigation, Regulation, Election Law
Tel: 404-835-8067
Email: sparks@khlawfirm.com

KREVOLIN | HORST
www.khlawfirm.com

*A Member of Primerus International Society of Law Firms*

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.*

---

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Tuesday, June 8, 2021 11:59 AM
**To:** J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>; Adam M. Sparks <sparks@khlawfirm.com>
**Cc:** Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Kaiser, Mary <MKaiser@mofo.com>
**Subject:** RE: Subpoena to Dominion Voting Systems Corporation re: Curling v. Raffensperger

No problem. Thanks, Matt.

**From:** J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>
**Date:** Tuesday, Jun 08, 2021, 11:48 AM
**To:** Adam M. Sparks <sparks@khlawfirm.com>
**Cc:** Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>, Cross, David D. <DCross@mofo.com>, Kaiser, Mary <MKaiser@mofo.com>
**Subject:** RE: Subpoena to Dominion Voting Systems Corporation re: Curling v. Raffensperger

**External Email**

Adam,

I just sent an email to Dominion's GC and received an auto message that he's on vacation until the 16th. I ask that you give me until the end of the day to see if I can get a response from him. Does that work?

-Matt

**From:** Adam M. Sparks <sparks@khlawfirm.com>
**Sent:** Tuesday, June 8, 2021 11:13 AM
**To:** J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>
**Cc:** Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; David Cross (dcross@mofo.com) <dcross@mofo.com>; Kaiser, Mary <MKaiser@mofo.com>
**Subject:** Re: Subpoena to Dominion Voting Systems Corporation re: Curling v. Raffensperger

Good morning Matt,

I hope you and yours are well and healthy.

I write to ask whether in your capacity as counsel for Dominion you can and will accept service via email of a subpoena seeking documents and ESI in the *Curling* litigation. We can serve it this afternoon but thought it best to ask whether you will accept service before going to that trouble and expense.

As a reminder, we have protective orders in place, copies of which I can send you if that's helpful. Thank you for your consideration.

Best regards,

**Adam M. Sparks**
Litigation, Regulation, Election Law
Tel: 404-835-8067
Email: sparks@khlawfirm.com
www.khlawfirm.com

One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250 | Atlanta, GA 30309
Tel: 404-888-9700

2

www.khlawfirm.com

*A Member of Primerus International Society of Law Firms*

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.*

======================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

**Adam M. Sparks**

| | |
|---|---|
| **From:** | J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com> |
| **Sent:** | Friday, June 11, 2021 9:21 AM |
| **To:** | Adam M. Sparks |
| **Subject:** | RE: Dominion Subpoena |

Thank you.

**From:** Adam M. Sparks <sparks@khlawfirm.com>
**Sent:** Friday, June 11, 2021 9:17 AM
**To:** J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>
**Subject:** RE: Dominion Subpoena

Hello Matt,

Yes, the (amended) subpoena was served on DVS, Inc.'s registered agent in Colorado yesterday.

Best regards,

**Adam M. Sparks**
Litigation, Regulation, Election Law
Tel: 404-835-8067
Email: sparks@khlawfirm.com

KREVOLIN | HORST
www.khlawfirm.com

*A Member of Primerus International Society of Law Firms*

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.*

**From:** J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>
**Sent:** Friday, June 11, 2021 8:34 AM
**To:** Adam M. Sparks <sparks@khlawfirm.com>
**Subject:** Dominion Subpoena

Adam,

Has the subpoena been served yet? Dominion's GC is basically my only contact with the company and he is out of pocket. Any help you can provide is appreciated.

-Matt

J. Matthew Maguire, Jr.

PARKS | CHESIN | WALBERT

75 14th Street, 26th Floor | Atlanta, Georgia 30309
*direct* 404-873-8009 | *main* 404-873-8000 | *fax* 404-873-8050
mmaguire@pcwlawfirm.com | www.pcwlawfirm.com

This electronic message is from the law firm of Parks, Chesin & Walbert, P.C.  It may contain confidential or privileged information.  If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.  The sender prohibits any unauthorized use or dissemination of this communication.

## Adam M. Sparks

| | |
|---|---|
| **From:** | J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com> |
| **Sent:** | Wednesday, June 23, 2021 9:52 AM |
| **To:** | Adam M. Sparks |
| **Cc:** | Halsey G. Knapp, Jr.; Kaiser, Mary; Cross, David D.; Robert J. Kozloski |
| **Subject:** | RE: Subpoena to Dominion Voting Systems Corporation re: Curling v. Raffensperger |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

That works.

---

**From:** Adam M. Sparks <sparks@khlawfirm.com>
**Sent:** Wednesday, June 23, 2021 9:20 AM
**To:** J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>
**Cc:** Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Kaiser, Mary <MKaiser@mofo.com>; Cross, David D. <DCross@mofo.com>; Robert J. Kozloski <RKozloski@pcwlawfirm.com>
**Subject:** RE: Subpoena to Dominion Voting Systems Corporation re: Curling v. Raffensperger

Thanks, Matt. Does 3pm tomorrow work?

**Adam M. Sparks**
Litigation, Regulation, Election Law
Tel: 404-835-8067
Email: sparks@khlawfirm.com

www.khlawfirm.com

*A Member of Primerus International Society of Law Firms*

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.*

---

**From:** J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>
**Sent:** Wednesday, June 23, 2021 8:49 AM
**To:** Adam M. Sparks <sparks@khlawfirm.com>
**Cc:** Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Kaiser, Mary <MKaiser@mofo.com>; Cross, David D. <DCross@mofo.com>; Robert J. Kozloski <RKozloski@pcwlawfirm.com>
**Subject:** RE: Subpoena to Dominion Voting Systems Corporation re: Curling v. Raffensperger

Hey Adam. Tomorrow afternoon is open.

**From:** Adam M. Sparks <sparks@khlawfirm.com>
**Sent:** Tuesday, June 22, 2021 7:12 PM
**To:** J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>
**Cc:** Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Kaiser, Mary <MKaiser@mofo.com>; Cross, David D. <DCross@mofo.com>; Robert J. Kozloski <RKozloski@pcwlawfirm.com>
**Subject:** RE: Subpoena to Dominion Voting Systems Corporation re: Curling v. Raffensperger

Hello Matt,

We received your objections and responses. Can we confer tomorrow after 2pm, or failing that sometime Thursday?

Thank you,

**Adam M. Sparks**
Litigation, Regulation, Election Law
Tel: 404-835-8067
Email: sparks@khlawfirm.com

KREVOLIN | HORST

www.khlawfirm.com

*A Member of Primerus International Society of Law Firms*

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.*

**From:** Adam M. Sparks
**Sent:** Wednesday, June 9, 2021 2:16 PM
**To:** J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>; Cross, David D. <DCross@mofo.com>
**Cc:** Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Kaiser, Mary <MKaiser@mofo.com>
**Subject:** RE: Subpoena to Dominion Voting Systems Corporation re: Curling v. Raffensperger

Matt, with apologies for the multiple emails, please find attached a copy of an amended subpoena. The attached subpoena and amended notice are what we will proceed with serving today. Thank you,

> **Adam M. Sparks**
> Litigation, Regulation, Election Law
> Tel: 404-835-8067
> Email: sparks@khlawfirm.com
>
> **Krevolin | Horst**
> One Atlantic Center
> 1201 West Peachtree Street, NW
> Suite 3250 | Atlanta, GA 30309
> Tel: 404-888-9700
> www.khlawfirm.com

*Sent from my mobile; please forgive typos, shorthand, misspellings, etc.*

***A Member of Primerus International Society of Law Firms***

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.*

**From:** Adam M. Sparks
**Sent:** Wednesday, June 9, 2021 12:41 PM
**To:** J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>; Cross, David D. <DCross@mofo.com>
**Cc:** Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Kaiser, Mary <MKaiser@mofo.com>
**Subject:** RE: Subpoena to Dominion Voting Systems Corporation re: Curling v. Raffensperger

Thank you, Matt. I've attached a copy of the subpoena out for service,

**Adam M. Sparks**
Litigation, Regulation, Election Law
Tel: 404-835-8067
Email: sparks@khlawfirm.com

www.khlawfirm.com

***A Member of Primerus International Society of Law Firms***

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.*

**From:** J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>
**Sent:** Wednesday, June 9, 2021 10:34 AM
**To:** Adam M. Sparks <sparks@khlawfirm.com>; Cross, David D. <DCross@mofo.com>
**Cc:** Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Kaiser, Mary <MKaiser@mofo.com>
**Subject:** RE: Subpoena to Dominion Voting Systems Corporation re: Curling v. Raffensperger

I didn't, so do what you need to do. Please email me a copy so I have it.

**From:** Adam M. Sparks <sparks@khlawfirm.com>
**Sent:** Wednesday, June 9, 2021 10:34 AM
**To:** Cross, David D. <DCross@mofo.com>; J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>
**Cc:** Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Kaiser, Mary <MKaiser@mofo.com>
**Subject:** RE: Subpoena to Dominion Voting Systems Corporation re: Curling v. Raffensperger

Good morning Matt,

Did you get a response from your client?

We plan to serve the subpoena today, as we need to get our discovery moving under the Court's abbreviated schedule.

Thank you,

**Adam M. Sparks**
Litigation, Regulation, Election Law
Tel: 404-835-8067
Email: sparks@khlawfirm.com

www.khlawfirm.com

*A Member of Primerus International Society of Law Firms*

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.*

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Tuesday, June 8, 2021 11:59 AM
**To:** J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>; Adam M. Sparks <sparks@khlawfirm.com>
**Cc:** Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Kaiser, Mary <MKaiser@mofo.com>
**Subject:** RE: Subpoena to Dominion Voting Systems Corporation re: Curling v. Raffensperger

No problem. Thanks, Matt.

**From:** J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>
**Date:** Tuesday, Jun 08, 2021, 11:48 AM
**To:** Adam M. Sparks <sparks@khlawfirm.com>
**Cc:** Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>, Cross, David D. <DCross@mofo.com>, Kaiser, Mary <MKaiser@mofo.com>
**Subject:** RE: Subpoena to Dominion Voting Systems Corporation re: Curling v. Raffensperger

**External Email**

4

Adam,

I just sent an email to Dominion's GC and received an auto message that he's on vacation until the 16th. I ask that you give me until the end of the day to see if I can get a response from him. Does that work?

-Matt

---

**From:** Adam M. Sparks <sparks@khlawfirm.com>
**Sent:** Tuesday, June 8, 2021 11:13 AM
**To:** J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>
**Cc:** Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; David Cross (dcross@mofo.com) <dcross@mofo.com>; Kaiser, Mary <MKaiser@mofo.com>
**Subject:** Re: Subpoena to Dominion Voting Systems Corporation re: Curling v. Raffensperger

Good morning Matt,

I hope you and yours are well and healthy.

I write to ask whether in your capacity as counsel for Dominion you can and will accept service via email of a subpoena seeking documents and ESI in the *Curling* litigation. We can serve it this afternoon but thought it best to ask whether you will accept service before going to that trouble and expense.

As a reminder, we have protective orders in place, copies of which I can send you if that's helpful. Thank you for your consideration.

Best regards,

**Adam M. Sparks**
Litigation, Regulation, Election Law
Tel: 404-835-8067
Email: sparks@khlawfirm.com
www.khlawfirm.com

KREVOLIN | HORST

One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250 | Atlanta, GA 30309
Tel: 404-888-9700
www.khlawfirm.com

*A Member of Primerus International Society of Law Firms*

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.*

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

## Adam M. Sparks

| | |
|---|---|
| **From:** | J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com> |
| **Sent:** | Thursday, July 1, 2021 12:50 PM |
| **To:** | Adam M. Sparks |
| **Cc:** | Robert J. Kozloski; Halsey G. Knapp, Jr.; David Cross (dcross@mofo.com); Kaiser, Mary |
| **Subject:** | Re: Curling v. Raffensperger - Subpoena |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Yes, Colorado. Thanks Adam.

Sent from my iPhone

> On Jul 1, 2021, at 12:00 PM, Adam M. Sparks <sparks@khlawfirm.com> wrote:

Good morning Matt,

Yesterday morning, you informed me that Dominion will neither produce any communications or other documents in response to the Curling Plaintiffs' subpoena nor consent to Pro V&V, Inc. producing anything in its possession, custody, or control that Dominion treats as confidential or proprietary.

When we spoke that afternoon, I informed you that our clients are inclined to raise this dispute in a court filing. I asked whether Dominion had a preference between raising it in a discovery dispute before Judge Totenberg or in a proceeding in Colorado. You told me you would need to call your client before responding, though you suspected it would prefer Colorado. I have not received a response.

Please provide Dominion's preference, if any, at your earliest convenience today. Thank you,

<image002.png>

**Adam M. Sparks**
Litigation, Regulation, Election Law
Tel: 404-835-8067
Email: sparks@khlawfirm.com
www.khlawfirm.com

*A Member of Primerus International Society of Law Firms*

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.*

**From:** Adam M. Sparks
**Sent:** Tuesday, June 29, 2021 4:23 PM
**To:** J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>
**Cc:** Robert J. Kozloski <RKozloski@pcwlawfirm.com>; Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>;
David Cross (dcross@mofo.com) <dcross@mofo.com>; Kaiser, Mary <MKaiser@mofo.com>
**Subject:** Re: Curling v. Raffensperger - Subpoena

Matt,

Will Dominion consent to Pro V&V, Inc. producing anything that's confidential or proprietary to
Dominion under the protective order in this case?

Also, how did Dominion respond to the proposal we discussed on Friday, that Dominion produce
communications through the present day under the same parameters as they did last year?

Thank you,


<image002.png>
**Adam M. Sparks**
Litigation, Regulation, Election Law
Tel: 404-835-8067
Email: sparks@khlawfirm.com
www.khlawfirm.com


One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250 | Atlanta, GA 30309
Tel: 404-888-9700
www.khlawfirm.com

*A Member of Primerus International Society of Law Firms*

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for
transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read
it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice
contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the
particular matter that is the subject of this message, and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the
preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not
intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding
Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed
herein.*

**Adam M. Sparks**

| | |
|---|---|
| **From:** | Cross, David D. <DCross@mofo.com> |
| **Sent:** | Thursday, July 1, 2021 2:14 PM |
| **To:** | J. Matthew Maguire, Jr.; Adam M. Sparks |
| **Cc:** | Robert J. Kozloski; Halsey G. Knapp, Jr.; Kaiser, Mary |
| **Subject:** | RE: Curling v. Raffensperger - Subpoena |

Matt -

Is there any way to strike some compromise here? It's hard to understand a refusal to produce anything at all in response to this subpoena in a case where your client's equipment is a key focus and your client has been a significant player in the litigation. I imagine none of us thinks a court is going to quash our subpoena outright. It may narrow the requests, but we're happy to try to do that ourselves with you, which would cost everyone much less than motion practice.

Appreciate your thoughts. We'll need to move quickly if your client insists on producing nothing in response to the subpoena, so it would be great to hear back today. If there's a proposal you'd like us to consider, please send it along. Otherwise we'll need to proceed with a motion.

Thanks. Hope you and your client are well.

DC

---

**From:** J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>
**Date:** Thursday, Jul 01, 2021, 12:50 PM
**To:** Adam M. Sparks <sparks@khlawfirm.com>
**Cc:** Robert J. Kozloski <RKozloski@pcwlawfirm.com>, Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>, Cross, David D. <DCross@mofo.com>, Kaiser, Mary <MKaiser@mofo.com>
**Subject:** Re: Curling v. Raffensperger - Subpoena

**External Email**

---

Yes, Colorado. Thanks Adam.

Sent from my iPhone

> On Jul 1, 2021, at 12:00 PM, Adam M. Sparks <sparks@khlawfirm.com> wrote:
>
> Good morning Matt,

Yesterday morning, you informed me that Dominion will neither produce any communications or other documents in response to the Curling Plaintiffs' subpoena nor consent to Pro V&V, Inc. producing anything in its possession, custody, or control that Dominion treats as confidential or proprietary.

When we spoke that afternoon, I informed you that our clients are inclined to raise this dispute in a court filing. I asked whether Dominion had a preference between raising it in a discovery dispute before Judge Totenberg or in a proceeding in Colorado. You told me you would need to call your client before responding, though you suspected it would prefer Colorado. I have not received a response.

Please provide Dominion's preference, if any, at your earliest convenience today. Thank you,

<image002.png>

**Adam M. Sparks**
Litigation, Regulation, Election Law
Tel: 404-835-8067
Email: sparks@khlawfirm.com
www.khlawfirm.com

*A Member of Primerus International Society of Law Firms*

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.*

---

**From:** Adam M. Sparks
**Sent:** Tuesday, June 29, 2021 4:23 PM
**To:** J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>
**Cc:** Robert J. Kozloski <RKozloski@pcwlawfirm.com>; Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; David Cross (dcross@mofo.com) <dcross@mofo.com>; Kaiser, Mary <MKaiser@mofo.com>
**Subject:** Re: Curling v. Raffensperger - Subpoena

Matt,

Will Dominion consent to Pro V&V, Inc. producing anything that's confidential or proprietary to Dominion under the protective order in this case?

Also, how did Dominion respond to the proposal we discussed on Friday, that Dominion produce communications through the present day under the same parameters as they did last year?

Thank you,

<image002.png>

**Adam M. Sparks**
Litigation, Regulation, Election Law

Tel: 404-835-8067
Email: sparks@khlawfirm.com
www.khlawfirm.com

One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250 | Atlanta, GA 30309
Tel: 404-888-9700
www.khlawfirm.com

*A Member of Primerus International Society of Law Firms*

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party.*

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.*


=======================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

## Adam M. Sparks

| | |
|---|---|
| **From:** | J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com> |
| **Sent:** | Friday, October 2, 2020 4:13 PM |
| **To:** | Vincent Russo; Holly Cole; Josh Belinfante |
| **Cc:** | Cross, David D.; Bryan Tyson; Conaway, Jenna B.; Cary Ichter; Bruce Brown; Hedgecock, Lyle F.; Halsey G. Knapp, Jr.; Adam M. Sparks; Jonathan Crumly; Alexander Denton; Loree Anne Paradise; Bryan Jacoutot; Diane LaRoss; Ascarrunz, Veronica; Brogan, Eileen M.; cheryl.ringer@fultoncountyga.gov; kaye.burwell@fultoncountyga.gov; david.lowman@fultoncountyga.gov; Curling Core Team; Carey Miller; Robert McGuire |
| **Subject:** | RE: Curling v. Raffensperger: State's Deadline for Request Maintain Seal of Portions of 10/1 Hearing |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Ms. Cole,

I recognize that Dominion is not a party to this action, but I do wish to express Dominion's support of the State's request to seal the transcript from yesterday since the testimony involves Dominion's IP. We respectfully submit that this is precisely the type of information that is deemed confidential under Section 2(d) the Court's Protective Order (which also protects non-parties).

We appreciate the Court's consideration.

-Matt

J. MATTHEW MAGUIRE, JR.

PARKS | CHESIN | WALBERT

75 14th Street, 26th Floor | Atlanta, Georgia 30309
*direct* 404-873-8009 | *main* 404-873-8000 | *fax* 404-873-8050
mmaguire@pcwlawfirm.com | www.pcwlawfirm.com

This electronic message is from the law firm of Parks, Chesin & Walbert, P.C. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. The sender prohibits any unauthorized use or dissemination of this communication.

**From:** Vincent Russo <vrusso@robbinsfirm.com>
**Sent:** Friday, October 2, 2020 1:03 PM
**To:** Holly Cole <Holly_Cole@gand.uscourts.gov>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>
**Cc:** Cross, David D. <DCross@mofo.com>; Bryan Tyson <btyson@taylorenglish.com>; Conaway, Jenna B. <JConaway@mofo.com>; Cary Ichter <CIchter@ichterdavis.com>; Bruce Brown <bbrown@brucepbrownlaw.com>; Hedgecock, Lyle F. <LHedgecock@mofo.com>; Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Adam M. Sparks <sparks@khlawfirm.com>; Jonathan Crumly <jcrumly@taylorenglish.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; Loree Anne Paradise <lparadise@taylorenglish.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Diane LaRoss <dlaross@taylorenglish.com>; Ascarrunz, Veronica <VAscarrunz@mofo.com>; Brogan, Eileen M. <EBrogan@mofo.com>; cheryl.ringer@fultoncountyga.gov;

kaye.burwell@fultoncountyga.gov; david.lowman@fultoncountyga.gov; Curling Core Team
<CurlingCoreTeam@mofo.com>; Carey Miller <carey.miller@robbinsfirm.com>; Robert McGuire <ram@lawram.com>; J.
Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>
**Subject:** RE: Curling v. Raffensperger: State's Deadline for Request Maintain Seal of Portions of 10/1 Hearing

Ms. Cole,

Attached is a copy of State Defendants' filing regarding sealing or redacting Dr. Coomer's testimony.

Best regards,

Vincent

## ROBBINS

Vincent R. Russo
**Robbins Ross Alloy Belinfante Littlefield LLC**
www.robbinsfirm.com

**Robbins Government Relations LLC**
www.robbinsgr.com

500 14th Street, NW
Atlanta, GA 30318
404.856.3260 (Direct)
678.701.9381 (Main)

---

**From:** Holly Cole <Holly_Cole@gand.uscourts.gov>
**Sent:** Friday, October 2, 2020 11:30 AM
**To:** Josh Belinfante <Josh.Belinfante@robbinsfirm.com>
**Cc:** Cross, David D. <DCross@mofo.com>; Vincent Russo <vrusso@robbinsfirm.com>; Bryan Tyson
<btyson@taylorenglish.com>; Conaway, Jenna B. <JConaway@mofo.com>; Cary Ichter <CIchter@ichterdavis.com>;
Bruce Brown <bbrown@brucepbrownlaw.com>; Hedgecock, Lyle F. <LHedgecock@mofo.com>; Halsey G. Knapp, Jr.
<hknapp@khlawfirm.com>; Adam M. Sparks <sparks@khlawfirm.com>; Jonathan Crumly <jcrumly@taylorenglish.com>;
Alexander Denton <Alexander.Denton@robbinsfirm.com>; Loree Anne Paradise <lparadise@taylorenglish.com>; Bryan
Jacoutot <bjacoutot@taylorenglish.com>; Diane LaRoss <dlaross@taylorenglish.com>; Ascarrunz, Veronica
<VAscarrunz@mofo.com>; Brogan, Eileen M. <EBrogan@mofo.com>; cheryl.ringer@fultoncountyga.gov;
kaye.burwell@fultoncountyga.gov; david.lowman@fultoncountyga.gov; Curling Core Team
<CurlingCoreTeam@mofo.com>; Carey Miller <carey.miller@robbinsfirm.com>; Robert McGuire <ram@lawram.com>; J.
Matthew Maguire, Jr. <MMaguire@pcwlawfirm.com>
**Subject:** RE: Curling v. Raffensperger: State's Deadline for Request Maintain Seal of Portions of 10/1 Hearing

Counsel,

Please see the docket order entered in the case just now addressing this matter.

Holly Cole
Law Clerk
Chambers of the Honorable Amy Totenberg
United States District Court
Northern District of Georgia

404-215-1404
Holly_Cole@gand.uscourts.gov

**From:** Josh Belinfante <Josh.Belinfante@robbinsfirm.com>
**Sent:** Friday, October 2, 2020 10:34 AM
**To:** Holly Cole <Holly_Cole@gand.uscourts.gov>
**Cc:** Cross, David D. <DCross@mofo.com>; Vincent Russo <vrusso@robbinsfirm.com>; Bryan Tyson <btyson@taylorenglish.com>; Conaway, Jenna B. <JConaway@mofo.com>; Cary Ichter <CIchter@ichterdavis.com>; Bruce Brown <bbrown@brucepbrownlaw.com>; Hedgecock, Lyle F. <LHedgecock@mofo.com>; Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Adam M. Sparks <sparks@khlawfirm.com>; Jonathan Crumly <jcrumly@taylorenglish.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; Loree Anne Paradise <lparadise@taylorenglish.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Diane LaRoss <dlaross@taylorenglish.com>; Ascarrunz, Veronica <VAscarrunz@mofo.com>; Brogan, Eileen M. <EBrogan@mofo.com>; cheryl.ringer@fultoncountyga.gov; kaye.burwell@fultoncountyga.gov; david.lowman@fultoncountyga.gov; Curling Core Team <CurlingCoreTeam@mofo.com>; Carey Miller <carey.miller@robbinsfirm.com>; Robert McGuire <ram@lawram.com>; J. Matthew Maguire, Jr. <MMaguire@pcwlawfirm.com>
**Subject:** Re: Curling v. Raffensperger: State's Deadline for Request Maintain Seal of Portions of 10/1 Hearing

Thank you, Ms. Cole.

Sent from my iPhone


On Oct 2, 2020, at 10:31 AM, Holly Cole <Holly_Cole@gand.uscourts.gov> wrote:

Mr. Belinfante,

Thank you.  I will be in touch regarding further instructions for resolving this issue.

The Court appreciates your response and patience.

Best,

Holly Cole
Law Clerk
Chambers of the Honorable Amy Totenberg
United States District Court
Northern District of Georgia
404-215-1404
Holly_Cole@gand.uscourts.gov

**From:** Josh Belinfante <Josh.Belinfante@robbinsfirm.com>
**Sent:** Friday, October 2, 2020 10:28 AM
**To:** Cross, David D. <DCross@mofo.com>
**Cc:** Vincent Russo <vrusso@robbinsfirm.com>; Holly Cole <Holly_Cole@gand.uscourts.gov>; Bryan Tyson <btyson@taylorenglish.com>; Conaway, Jenna B. <JConaway@mofo.com>; Cary Ichter <CIchter@ichterdavis.com>; Bruce Brown <bbrown@brucepbrownlaw.com>; Hedgecock, Lyle F. <LHedgecock@mofo.com>; Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Adam M. Sparks <sparks@khlawfirm.com>; Jonathan Crumly <jcrumly@taylorenglish.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; Loree Anne Paradise <lparadise@taylorenglish.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Diane LaRoss <dlaross@taylorenglish.com>; Ascarrunz, Veronica <VAscarrunz@mofo.com>; Brogan, Eileen M. <EBrogan@mofo.com>;

[cheryl.ringer@fultoncountyga.gov](mailto:cheryl.ringer@fultoncountyga.gov); [kaye.burwell@fultoncountyga.gov](mailto:kaye.burwell@fultoncountyga.gov);
[david.lowman@fultoncountyga.gov](mailto:david.lowman@fultoncountyga.gov); Curling Core Team <[CurlingCoreTeam@mofo.com](mailto:CurlingCoreTeam@mofo.com)>; Carey Miller
<[carey.miller@robbinsfirm.com](mailto:carey.miller@robbinsfirm.com)>; Robert McGuire <[ram@lawram.com](mailto:ram@lawram.com)>; J. Matthew Maguire, Jr.
<[MMaguire@pcwlawfirm.com](mailto:MMaguire@pcwlawfirm.com)>
**Subject:** Re: Curling v. Raffensperger: State's Deadline for Request Maintain Seal of Portions of 10/1
Hearing

Ms. Cole:



Thanks,
JB

Sent from my iPhone

On Oct 2, 2020, at 10:15 AM, Cross, David D. <[DCross@mofo.com](mailto:DCross@mofo.com)> wrote:

Ms. Cole -





Thanks.
DC

**From:** Vincent Russo <vrusso@robbinsfirm.com>
**Date:** Friday, Oct 02, 2020, 9:49 AM
**To:** Holly Cole <Holly_Cole@gand.uscourts.gov>
**Cc:** Bryan Tyson <btyson@taylorenglish.com>, Conaway, Jenna B. <JConaway@mofo.com>,
Cary Ichter <CIchter@ichterdavis.com>, Josh Belinfante
<Josh.Belinfante@robbinsfirm.com>, Bruce Brown <bbrown@brucepbrownlaw.com>,
Hedgecock, Lyle F. <LHedgecock@mofo.com>, Halsey G. Knapp, Jr.
<hknapp@khlawfirm.com>, Adam M. Sparks <sparks@khlawfirm.com>, Jonathan Crumly
<jcrumly@taylorenglish.com>, Alexander Denton <Alexander.Denton@robbinsfirm.com>,
Loree Anne Paradise <lparadise@taylorenglish.com>, Bryan Jacoutot
<bjacoutot@taylorenglish.com>, Diane LaRoss <dlaross@taylorenglish.com>, Ascarrunz,
Veronica <VAscarrunz@mofo.com>, Brogan, Eileen M. <EBrogan@mofo.com>,
cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>,
kaye.burwell@fultoncountyga.gov <kaye.burwell@fultoncountyga.gov>,
david.lowman@fultoncountyga.gov <david.lowman@fultoncountyga.gov>, Curling Core
Team <CurlingCoreTeam@mofo.com>, Carey Miller <carey.miller@robbinsfirm.com>,
Robert McGuire <ram@lawram.com>, J. Matthew Maguire, Jr.
<mmaguire@pcwlawfirm.com>, Cross, David D. <DCross@mofo.com>
**Subject:** RE: Curling v. Raffensperger: State's Deadline for Request Maintain Seal of Portions
of 10/1 Hearing

<mark>External Email</mark>

Ms. Cole,

We have reviewed the transcript of the hearing yesterday.  Below are the page
and line numbers from the transcript that we think should be redacted from the
public transcript and video, assuming the recording is made available to the
public.  These portions of the hearing involve discussions of sensitive information
about Dominion's intellectual property and the security of the voting system.

Page : Line Number



We appreciate the Court's consideration of this request.  Please let me know if the Court needs anything further from State Defendants on this issue.

Best regards,

Vincent

<image001.jpg>

Vincent R. Russo
**Robbins Ross Alloy Belinfante Littlefield LLC**
www.robbinsfirm.com

**Robbins Government Relations LLC**
www.robbinsgr.com

500 14th Street, NW
Atlanta, GA 30318
404.856.3260 (Direct)
678.701.9381 (Main)

---

**From:** Holly Cole <Holly_Cole@gand.uscourts.gov>
**Sent:** Thursday, October 1, 2020 12:00 PM
**To:** Vincent Russo <vrusso@robbinsfirm.com>
**Cc:** Bryan Tyson <btyson@taylorenglish.com>; Conaway, Jenna B. <JConaway@mofo.com>; Cary Ichter <CIchter@ichterdavis.com>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Bruce Brown <bbrown@brucepbrownlaw.com>; Hedgecock, Lyle F. <LHedgecock@mofo.com>; Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Adam M. Sparks <sparks@khlawfirm.com>; Jonathan Crumly <jcrumly@taylorenglish.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; Loree Anne Paradise <lparadise@taylorenglish.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Diane LaRoss <dlaross@taylorenglish.com>; Ascarrunz, Veronica <VAscarrunz@mofo.com>; Brogan, Eileen M. <EBrogan@mofo.com>; cheryl.ringer@fultoncountyga.gov; kaye.burwell@fultoncountyga.gov; david.lowman@fultoncountyga.gov; Curling Core Team <CurlingCoreTeam@mofo.com>; Carey Miller <carey.miller@robbinsfirm.com>; Robert McGuire <ram@lawram.com>; J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>; Cross, David D. <DCross@mofo.com>
**Subject:** Curling v. Raffensperger: State's Deadline for Request Maintain Seal of Portions of 10/1 Hearing

Counsel,

The Court will not be able to provide the audio recording today in time for the State to use to determine what portions of the hearing should remain sealed.  Ms. Welch will

have the transcript ready tonight.  Accordingly, Judge Totenberg is extending the time for the State's request through 10:00 a.m. tomorrow morning.

Let me know if you have any questions.

Thanks,

Holly Cole
Law Clerk
Chambers of the Honorable Amy Totenberg
United States District Court
Northern District of Georgia
404-215-1404
Holly_Cole@gand.uscourts.gov

---

**From:** J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>
**Sent:** Wednesday, September 30, 2020 9:04 PM
**To:** Cross, David D. <DCross@mofo.com>
**Cc:** Holly Cole <Holly_Cole@gand.uscourts.gov>; Vincent Russo <vrusso@robbinsfirm.com>; Bryan Tyson <btyson@taylorenglish.com>; Conaway, Jenna B. <JConaway@mofo.com>; Cary Ichter <CIchter@ichterdavis.com>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Bruce Brown <bbrown@brucebrownlaw.com>; Hedgecock, Lyle F. <LHedgecock@mofo.com>; Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Adam M. Sparks <sparks@khlawfirm.com>; Jonathan Crumly <jcrumly@taylorenglish.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; Loree Anne Paradise <lparadise@taylorenglish.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Diane LaRoss <dlaross@taylorenglish.com>; Ascarrunz, Veronica <VAscarrunz@mofo.com>; Brogan, Eileen M. <EBrogan@mofo.com>; cheryl.ringer@fultoncountyga.gov; kaye.burwell@fultoncountyga.gov; david.lowman@fultoncountyga.gov; Curling Core Team <CurlingCoreTeam@mofo.com>; Carey Miller <carey.miller@robbinsfirm.com>; Robert McGuire <ram@lawram.com>
**Subject:** Re: Plaintiffs' Request for Emergency Conference - Curling v. Raffensperger

Thank you, David.

Ms. Cole, Dr Coomer is available tomorrow at 9:00 am (7:00 his time) but he has a hard stop at 8:00 his time. Please include me on the email with the call info and I will get it to him.

-Matt Maguire

Sent from my iPhone

> On Sep 30, 2020, at 8:55 PM, Cross, David D. <DCross@mofo.com> wrote:

> Ms. Cole -

7

I'm adding Mr. Maguire to this distribution for ease of communication with the Court and the parties. He was kind enough to respond to me and Mr. Brown moments ago on a related issue.

Thanks.
DC

---

**From:** Holly Cole <Holly_Cole@gand.uscourts.gov>
**Date:** Wednesday, Sep 30, 2020, 8:31 PM
**To:** Vincent Russo <vrusso@robbinsfirm.com>, Cross, David D. <DCross@mofo.com>, Bryan Tyson <btyson@taylorenglish.com>, Conaway, Jenna B. <JConaway@mofo.com>
**Cc:** Cary Ichter <CIchter@ichterdavis.com>, Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, Bruce Brown <bbrown@brucepbrownlaw.com>, Hedgecock, Lyle F. <LHedgecock@mofo.com>, Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>, Adam M. Sparks <sparks@khlawfirm.com>, Jonathan Crumly <jcrumly@taylorenglish.com>, Alexander Denton <Alexander.Denton@robbinsfirm.com>, Loree Anne Paradise <lparadise@taylorenglish.com>, Bryan Jacoutot <bjacoutot@taylorenglish.com>, Diane LaRoss <dlaross@taylorenglish.com>, Ascarrunz, Veronica <VAscarrunz@mofo.com>, Brogan, Eileen M. <EBrogan@mofo.com>, cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>, kaye.burwell@fultoncountyga.gov <kaye.burwell@fultoncountyga.gov>, david.lowman@fultoncountyga.gov <david.lowman@fultoncountyga.gov>, Curling Core Team <CurlingCoreTeam@mofo.com>, Carey Miller <carey.miller@robbinsfirm.com>, Robert McGuire <ram@lawram.com>
**Subject:** RE: Plaintiffs' Request for Emergency Conference - Curling v. Raffensperger

==External Email==

---

Mr. Russo,

Thank you.  Please update me as soon as possible regarding Mr. Maguire and Dr. Coomer so we can confirm the proceeding to begin at 9AM.

Best,

Holly Cole
Law Clerk
Chambers of the Honorable Amy Totenberg
United States District Court
Northern District of Georgia

404-215-1404
Holly_Cole@gand.uscourts.gov

---

**From:** Vincent Russo <vrusso@robbinsfirm.com>
**Sent:** Wednesday, September 30, 2020 7:04 PM
**To:** Holly Cole <Holly_Cole@gand.uscourts.gov>; Cross, David D.
<DCross@mofo.com>; Bryan Tyson <btyson@taylorenglish.com>;
Conaway, Jenna B. <JConaway@mofo.com>
**Cc:** Cary Ichter <CIchter@ichterdavis.com>; Josh Belinfante
<Josh.Belinfante@robbinsfirm.com>; Bruce Brown
<bbrown@brucepbrownlaw.com>; Hedgecock, Lyle F.
<LHedgecock@mofo.com>; Halsey G. Knapp, Jr.
<hknapp@khlawfirm.com>; Adam M. Sparks <sparks@khlawfirm.com>;
Jonathan Crumly <jcrumly@taylorenglish.com>; Alexander Denton
<Alexander.Denton@robbinsfirm.com>; Loree Anne Paradise
<lparadise@taylorenglish.com>; Bryan Jacoutot
<bjacoutot@taylorenglish.com>; Diane LaRoss
<dlaross@taylorenglish.com>; Ascarrunz, Veronica
<VAscarrunz@mofo.com>; Brogan, Eileen M. <EBrogan@mofo.com>;
cheryl.ringer@fultoncountyga.gov; kaye.burwell@fultoncountyga.gov;
david.lowman@fultoncountyga.gov; Curling Core Team
<CurlingCoreTeam@mofo.com>; Carey Miller
<carey.miller@robbinsfirm.com>; Robert McGuire <ram@lawram.com>
**Subject:** RE: Plaintiffs' Request for Emergency Conference - Curling v.
Raffensperger

Ms. Cole,

We have a hearing before Judge Brown tomorrow morning in
another election case, but we can be available for the call.  I am
checking with Mr. Maguire on Dr. Coomer's availability and will
follow up with you as soon as I hear from Mr. Maguire.

Best regards,

Vincent

<image001.jpg>

Vincent R. Russo
**Robbins Ross Alloy Belinfante Littlefield LLC**
www.robbinsfirm.com

**Robbins Government Relations LLC**
www.robbinsgr.com

500 14th Street, NW
Atlanta, GA 30318
404.856.3260 (Direct)
678.701.9381 (Main)

**From:** Holly Cole <Holly_Cole@gand.uscourts.gov>
**Sent:** Wednesday, September 30, 2020 6:33 PM
**To:** Cross, David D. <DCross@mofo.com>; Bryan Tyson <btyson@taylorenglish.com>; Conaway, Jenna B. <JConaway@mofo.com>
**Cc:** Vincent Russo <vrusso@robbinsfirm.com>; Cary Ichter <CIchter@ichterdavis.com>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Bruce Brown <bbrown@brucepbrownlaw.com>; Hedgecock, Lyle F. <LHedgecock@mofo.com>; Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Adam M. Sparks <sparks@khlawfirm.com>; Jonathan Crumly <jcrumly@taylorenglish.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; Loree Anne Paradise <lparadise@taylorenglish.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Diane LaRoss <dlaross@taylorenglish.com>; Ascarrunz, Veronica <VAscarrunz@mofo.com>; Brogan, Eileen M. <EBrogan@mofo.com>; cheryl.ringer@fultoncountyga.gov; kaye.burwell@fultoncountyga.gov; david.lowman@fultoncountyga.gov; Curling Core Team <CurlingCoreTeam@mofo.com>; Carey Miller <carey.miller@robbinsfirm.com>; Robert McGuire <ram@lawram.com>
**Subject:** Plaintiffs' Request for Emergency Conference - Curling v. Raffensperger

Counsel,

Judge Totenberg plans to conduct a conference on a sealed basis (as a matter of caution and for efficiency) tomorrow morning at 9AM.  Only one authorized member for each team need be available.  Dr. Coomer and a representative from the Secretary of State's office should be available and accessible if necessary.  We plan to send out the dial-in information tomorrow morning before the conference.

If anyone has a conflict at 9AM, please let me know immediately.

Regards,

Holly Cole
Law Clerk
Chambers of the Honorable Amy Totenberg
United States District Court
Northern District of Georgia
404-215-1404
Holly_Cole@gand.uscourts.gov

=========================================================
=================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

======================================================================
====

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.



**PARKS | CHESIN | WALBERT**

A PROFESSIONAL CORPORATION

75 14th Street, 26th Floor
Atlanta, GA 30309
T: 404.873.8000   F: 404.873.8050
www.pcwlawfirm.com

J. Matthew Maguire, Jr.
mmaguire@pcwlawfirm.com

July 6, 2021

**Via Email:** benglish@maynardcooper.com
Brad English
Maynard Cooper Gale
655 Gallatin Street SW
Huntsville, AL 35801

Re:     Subpoena to Pro V&V, Inc.
         *Curling, et al. v. Raffensperger, et al.*, No. 1:17-cv-2989-AT (N.D. Ga.)

Dear Mr. English:

As you are aware, Pro V & V, Inc. is contractually prohibited from producing the confidential and proprietary information and/or trade secrets of my client, Dominion Voting Systems, Inc. ("Dominion"). This confirms our recent conversation in which I advised that Dominion does not consent to Pro V & V's production of any of such information in response to any subpoena issued in the above litigation, including the June 12, 2021 subpoena served by the Curling Plaintiffs. Please contact me if you have any questions about Pro V & V's obligations in this regard. Thank you in advance for your cooperation.

Best regards.

Sincerely,

J. Matthew Maguire, Jr.

JMM/smd

CC:   Michael Frontera