IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

DONNA CURLING,
DONNA PRICE,
and JEFFREY SCHOENBERG,

    Plaintiffs,

v.

DOMINION VOTING SYSTEMS, INC.

    Defendant.

---

## NOTICE OF RELATED CASES

Under D.C.COLO.LCivR 3.2, Plaintiffs Donna Curling, Donna Price and Jeffrey Schoenberg provide notice of the related cases currently pending in the U.S. District Court for the Northern District of Georgia and the U.S. Court of Appeals for the Eleventh Circuit:

    1)    **Case No. 1:17-cv-02989-AT**, *Donna Curling, et al. v. Brad Raffensperger, et al.* (formerly *Donna Curling, et al. v. Brian Kemp, et al.*) (N.D. Ga) (removed from state court[1] on August 8, 2017; currently assigned to the Honorable Judge Amy Totenberg);

    2)    **Case No. 20-13730**, *Donna Curling, et al. v. Secretary of State, et al.*, (11th Cir.) (appealed on October 2, 2020; consolidated into Case No. 20-14067 below on January 4, 2021);

    3)    **Case No. 20-14067**, *Donna Curling, et al. v. David J. Worley, et al.*, (11th Cir.)

---

[1] **Case No. 2017CV292233**, *Donna Curling, et al. v. Brian Kemp, et al.*, (Ga. Super. Ct. Fulton Cnty.) (filed on May 25, 2017; removed to federal district court on August 8, 2017; formerly assigned to the Honorable Judge Kimberly M. Esmond Adams).

(appealed on October 29, 2020).

Dated:  July 14, 2021

Respectfully submitted,

 /s/ Lyndsey Cain
Lyndsey Cain
MORRISON & FOERSTER LLP
4200 Republic Plaza
Denver, CO 80202
Telephone: (303) 592-1500
LCain@mofo.com

David D. Cross (*pro hac vice* forthcoming)
Mary G. Kaiser (*pro hac vice* forthcoming)
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
DCross@mofo.com
MKaiser@mofo.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 14th day of July, 2021, filed the within and foregoing ***Plaintiffs' Notice of Related Cases*** by email to newcases@cod.uscourts.gov. I have also served a PDF version by email on the following:

J. Matthew Maguire, Jr.
PARKS CHESIN & WALBERT
75 14th Street, 26th Floor
Atlanta, Georgia 30309
Telephone: (404) 873-8000
mmaguire@pclawfirm.com

*Counsel for Dominion Voting Systems, Inc.*

*/s/ Lyndsey Cain*
Lyndsey Cain