IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Miscellaneous Case No. 21-mc-00164-RM

DONNA CURLING,
DONNA PRICE, and
JEFFREY SCHONBERG,

    Petitioners,

v.

DOMINION VOTING SYSTEMS, INC.,

    Respondent.

_____

## ORDER TO SHOW CAUSE
_____

After Petitioners filed their Motion to Compel Discovery from Non-Party Dominion Voting Systems, Inc. (ECF No. 1), the Court issued an expedited briefing schedule. Respondent failed to respond by the July 26, 2021 deadline. In light of Respondent's failure to respond and upon further consideration of the Motion, the Court ORDERS:

(1) Respondent shall appear and SHOW CAUSE, on or before August 3, 2021, why the Motion should not be granted; and

(2) Petitioners shall promptly serve on Respondent a copy of this Order to Show Cause and file a Certificate of Service through CM/ECF once service is complete.

SO ORDERED.

DATED this 29th day of July, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge