# EXHIBIT 8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## PLAINTIFFS' SUPPLEMENTAL JOINT EXHIBIT LIST
## FOR PRELIMINARY INJUNCTION HEARING

**Plaintiffs Exhibits Introduced September 11, 2020**

| Exhibit No. | Description | Admitted? |
|---|---|---|
| PD1 | Halderman Video of system hack (only a still image from the video used in Curling Plaintiffs' opening statement is attached hereto because State Defendants designated the video confidential) | Dr. Halderman's Testimony continued to September 14 – Plaintiffs will seek admission upon completion of his testimony |
| PD17 | Gilbert Demonstrative: Spreadsheet Example | Demonstrative Only |
| PX1 | Fayette ballot from Discovery 00010_00000_052768 | Moved for admission but not yet ruled upon |
| PX2 | Side-by-side of Ballots from system hack (these are not attached hereto because of purported | Dr. Halderman's Testimony |

| | confidentiality concerns asserted by State Defendants) | continued to September 14 – Plaintiffs will seek admission upon completion of his testimony |
|---|---|---|
| PX3 | Scanner Results of Photocopied Ballots (these are not attached hereto because of purported confidentiality concerns asserted by State Defendants) | Dr. Halderman's Testimony continued to September 14 – Plaintiffs will seek admission upon completion of his testimony |
| PX19 | Supp. Dec. of Juan E. Gilbert, Ph.D., Aug. 26, 2020 | Dkt. No. 821-7, Ex. E |
| PX08 | Dec. of  Eric D. Coomer, Ph.D., Nov. 13, 2019 | Dkt. Nos. 658-2 and 821-1 |
| PX09 | STATE-DEFENDANTS-00047318 (only the cover page is attached hereto because State Defendants designated the document confidential) | Plaintiffs will move for admission |
| PX28 | Dec. of Jack Cobb, Aug. 26, 2020 | Dkt. No. 821-6, Ex. D |
| PX29 | Suppl. Decl. of Jack Cobb, Sept. 4, 2020 | Dkt. No. 865-1, Ex. A |
| PX37 | Dominion001889 | Yes |
| PX40 | Dominion043404 | Yes |
| PX41 | Dominion043452 | Yes |
| PX42 | Dominion043377 | Yes |
| PX44 | Dominion043450 | Yes |
| PX45 | Dominion043484 | Yes |
| PX51 | Dominion043477 | Yes |

2

| PX53 | Emergency ballot exhibit with hand-marking | Plaintiffs will move for admission |
|------|--------------------------------------------|------------------------------------|
| PX54 | Pro V&V 5.5A GA | Yes |
| PX56 | STATE-DEFENDANTS-00047579 (only the cover page is attached hereto because State Defendants designated the document confidential) | Plaintiffs will move for admission |

3

Respectfully submitted this 13th day of September, 2020.


 */s/ David D. Cross*                          */s/ Halsey G. Knapp, Jr.*
David D. Cross (*pro hac vice*)                Halsey G. Knapp, Jr.
John P. Carlin (*pro hac vice*)                GA Bar No. 425320
Lyle P. Hedgecock (*pro hac vice*)             Adam M. Sparks
Mary G. Kaiser (*pro hac vice*)                GA Bar No. 341578
Robert W. Manoso (*pro hac vice*)              KREVOLIN & HORST, LLC
MORRISON & FOERSTER LLP                        1201 West Peachtree Street, NW
2000 Pennsylvania Avenue, NW                   Suite 3250
Suite 6000                                     Atlanta, GA 30309
Washington, DC 20006                           (404) 888-9700
(202) 887-1500

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*


*/s/ Bruce P. Brown*                           */s/ Robert A. McGuire, III*
Bruce P. Brown                                 Robert A. McGuire, III
Georgia Bar No. 064460                         Admitted Pro Hac Vice
BRUCE P. BROWN LAW LLC                          (ECF No. 125)
1123 Zonolite Rd. NE                           ROBERT MCGUIRE LAW FIRM
Suite 6                                        113 Cherry St. #86685
Atlanta, Georgia 30306                         Seattle, Washington 98104-2205
(404) 881-0700                                 (253) 267-8530

*Counsel for Coalition for Good Governance*


*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges,*

4

*Ricardo Davis & Megan Missett*

<u>*/s/ John Powers*</u>
John Powers
David Brody
Lawyers' Committee for Civil Rights
Under Law
1500 K St. NW, Suite 900
Washington, DC 20005
(202) 662-8300

*Counsel for Coalition Plaintiffs*

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been

prepared in accordance with the font type and margin requirements of LR 5.1, using

font type of Times New Roman and a point size of 14.

<u>*/s/ David D. Cross*</u>
David D. Cross

ny-1985617

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **BRAD RAFFENSPERGER , ET AL.,** <br> **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 13, 2020, a copy of the foregoing

**PLAINTIFFS' SUPPLEMENTAL JOINT EXHIBIT LIST FOR**

**PRELIMINARY INJUNCTION HEARING** was electronically filed with the

Clerk of Court using the CM/ECF system, which will automatically send

notification of such filing to all attorneys of record.

<u>/s/ David D. Cross</u>
David D. Cross

7

| | |
|---|---|
| **From:** | Barnes, Michael |
| **To:** | Scott Tucker |
| **Subject:** | [EXTERNAL] RE: L&A Export to State |
| **Date:** | Wednesday, January 15, 2020 10:07:58 AM |

They can use the USB that the state has previously provided.  However, I do expect us to be providing another drive in the future.

**From:** Scott Tucker <scott.tucker@dominionvoting.com>
**Sent:** Wednesday, January 15, 2020 9:44 AM
**To:** Barnes, Michael <mbarnes@sos.ga.gov>
**Subject:** FW: L&A Export to State

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Michael, is the state providing new USB drives for the counties to send their L&A exports and E-Day exports to you on or should they use the USB drive they have from the previous system?

**Scott Tucker**  - CRM, GA
Scott.Tucker@dominionvoting.com
440.242.7451

GAsupport@dominionvoting.com
1-844-271-5371

**From:** Dedrick Smith <dedrick.smith@dominionvoting.com>
**Sent:** Wednesday, January 15, 2020 09:41
**To:** Scott Tucker <scott.tucker@dominionvoting.com>
**Subject:** L&A Export to State

Hello,

   I was wondering if you could ask the state if there is a special usb they are supposed to be sending out to the counties to submit their L&A exports and the exports for election day. They have a usb that they normally send the export files on, but they are old. So we need to know if they can use those or if the state will be sending new usbs out.

Thanks,
Dedrick Smith

PLAINTIFF EXHIBIT

**37**

1:17-cv-02989

**From:** Harvey, Chris
**To:** Scott Tucker; Tom Feehan; Gabriel Sterling
**Subject:** [EXTERNAL] FW: UNABLE TO VOTE AT PRECINCT DUE TO MACHINE MALFUNCTIONS
**Date:** Tuesday, June 9, 2020 8:54:16 AM

From Cobb

Chris Harvey
*Elections Director*
Georgia Secretary of State

**Main 470-312-2777**
**Cell   404-985-6351**



---

**From:** Eveler, Janine <Janine.Eveler@cobbcounty.org>
**Sent:** Tuesday, June 9, 2020 8:41 AM
**To:** Harvey, Chris <wharvey@sos.ga.gov>
**Subject:** RE: UNABLE TO VOTE AT PRECINCT DUE TO MACHINE MALFUNCTIONS

> **EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Just spoke to them they are using paper ballots. She's looking at the activation code procedure. Cards are encoding but not reading at BMD. Lots of places.

*Janine Eveler*
Director,
Cobb County Elections & Registration
770-528-2312
770-528-2519 Fax
678-315-0439 Cell
www.CobbElections.org

*Register...then Vote!*

---

**From:** Harvey, Chris [mailto:wharvey@sos.ga.gov]
**Sent:** Tuesday, June 9, 2020 8:39 AM
**To:** Eveler, Janine <Janine.Eveler@cobbcounty.org>
**Subject:** FW: UNABLE TO VOTE AT PRECINCT DUE TO MACHINE MALFUNCTIONS

County: Cobb –Ron Anderson Center

PLAINTIFF EXHIBIT

**40**

1:17-cv-02989

Dominion043404

Chris Harvey
*Elections Director*
Georgia Secretary of State

**Main 470-312-2777**
**Cell   404-985-6351**



**From:** managementescalationissues
**Sent:** Tuesday, June 9, 2020 8:26 AM
**To:** Combs, Leigh <lcombs@sos.ga.gov>; Harvey, Chris <wharvey@sos.ga.gov>
**Cc:** Everett, Crystal <ceverett@sos.ga.gov>; Taylor, Elizabeth <etaylor@sos.ga.gov>
**Subject:** UNABLE TO VOTE AT PRECINCT DUE TO MACHINE MALFUNCTIONS

Good morning,


Caller: Kenneth Tinsley
Tel 678-570-3864
Email : N/A
Nature of call: Caller states they are not allowing anyone to vote right now because their machines
are down and the machines are not taking any voter cards correctly. Caller is upset and requesting to
speak with someone ASAP.
County: Cobb –Ron Anderson Center



Tasheena Lockett
*Customer Service Team Lead*
*Georgia Secretary of State*
844-753-7825
470-355-4569



**CAUTION:** This email originated outside Cobb County Government. Please exercise caution when opening
links/attachments in this email .

Dominion043405

| | |
|---|---|
| **From:** | Germany, Ryan |
| **To:** | Gabriel Sterling (sterlinginnovative@gmail.com); Watson, Frances; Tom Feehan |
| **Cc:** | Harvey, Chris; Rayburn, Kevin |
| **Subject:** | [EXTERNAL] Cross Keys High School- Dekalb |
| **Date:** | Tuesday, June 9, 2020 12:02:27 PM |
| **Attachments:** | image002.png |

What's going on at Cross Keys High School in Dekalb?

**Here are minute-by-minute updates on Tuesday's election from AJC reporters and photographers on the scene:**

**11:45 a.m.:** At Cross Keys High School, volunteers passed out water bottles to a crowd of 100 voters lined up for hours outside the building.

Countless others left the line snaked around the building or never joined at all, as word spread the machines weren't working and the precinct quickly ran out of the 20 provisional ballots.

Jonathan Banes, the precinct manager, said he's tried repeatedly to troubleshoot the equipment but his PIN number won't work. He pleaded with DeKalb elections officials for technical assistance and more provisional ballots.


--

C. Ryan Germany

*General Counsel and Asst. Commissioner of Securities and Charities*
*Georgia Secretary of State*
Direct: 470-312-2808
Cell: 678-672-9230
*rgermany@sos.ga.gov*



----------------------------------------------------------------------------------------

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

PLAINTIFF EXHIBIT

**41**

1:17-cv-02989

Dominion043452

| | |
|---|---|
| **From:** | Harvey, Chris |
| **To:** | Evans, Joseph |
| **Cc:** | Tom Feehan; Gabriel Sterling |
| **Subject:** | [EXTERNAL] FW: |
| **Date:** | Tuesday, June 9, 2020 8:02:55 AM |

South Atlanta High School

Chris Harvey
*Elections Director*
Georgia Secretary of State

**Main 470-312-2777**
**Cell   404-985-6351**



---

**From:** Watson, Frances
**Sent:** Tuesday, June 9, 2020 7:57 AM
**To:** Harvey, Chris <wharvey@sos.ga.gov>
**Subject:**

Name:  Cadence Spearman
Phone:  (404) 513-9109
Address:  427 Holly Dr SE
City:  Atlanta
State:  Georgia
Zip Code:  30354
County:  Fulton
E-mail:  chspearman@hotmail.com


Location of Violation:  South Atlanta High School Polling Location


Description of Violation:  Only one of the six machines are working. We were told we would have to complete an absentee ballot.


Frances Watson
*Chief Investigator*

PLAINTIFF EXHIBIT
**42**
1:17-cv-02989

Dominion043377

*Investigations Division*
*Georgia Secretary of State*
Main: 470-312-2774
Cell: 404-683-3226



Dominion043378

**From:** Harvey, Chris
**To:** Barron, Richard L.; Evans, Joseph
**Cc:** Tom Feehan
**Subject:** [EXTERNAL] FW: Complaint - Down Machines
**Date:** Tuesday, June 9, 2020 11:57:07 AM

Parkside Elementary issues

Chris Harvey
*Elections Director*
Georgia Secretary of State

**Main 470-312-2777**
**Cell   404-985-6351**



**From:** managementescalationissues
**Sent:** Tuesday, June 9, 2020 11:45 AM
**To:** Combs, Leigh <lcombs@sos.ga.gov>; Harvey, Chris <wharvey@sos.ga.gov>
**Cc:** Everett, Crystal <ceverett@sos.ga.gov>; Taylor, Elizabeth <etaylor@sos.ga.gov>
**Subject:** Complaint - Down Machines

Good morning,

Caller: Macey Small
Tel: 4233153211
Email: maceybsmall@gmail.com
Nature of the Call: Complaint
County: Fulton
Additional Notes: Caller states she has been waiting over 3 hours to vote at Parkside Elementary in Grant Park. States machines are down and no technician on site. She heard the machines were set up by volunteers. She has not been give an option for a paper ballot. She states there are 4 side machines with 12 tablets but, only 4 are being used due to social distancing.

Tasheena Lockett
*Customer Service Team Lead*
Georgia Secretary of State
844-753-7825
470-355-4569

PLAINTIFF EXHIBIT
**44**
1:17-cv-02989

Dominion043450



Dominion043451

| | |
|---|---|
| **From:** | Gabriel Sterling |
| **To:** | Tom Feehan; Harvey, Chris |
| **Subject:** | [EXTERNAL] Fwd: voter- 6 hour wait and not voted yet |
| **Date:** | Tuesday, June 9, 2020 4:01:38 PM |

---------- Forwarded message ---------
From: **Watson, Frances** <fwatson@sos.ga.gov>
Date: Tue, Jun 9, 2020 at 2:46 PM
Subject: RE: voter- 6 hour wait and not voted yet
To: Simmons, Rachell <rsimmons@sos.ga.gov>, Combs, Leigh <lcombs@sos.ga.gov>,
Harvey, Chris <wharvey@sos.ga.gov>, Germany, Ryan <rgermany@sos.ga.gov>, Fuchs,
Jordan <jfuchs@sos.ga.gov>, Gabriel Sterling (sterlinginnovative@gmail.com)
<sterlinginnovative@gmail.com>, Hall, Adrick <ahall@sos.ga.gov>


Adrick


Please have Inv Check CHRISTIAN CITY WELCOME CENTER
7345 RED OAK RD
UNION CITY, GA 30291


Advised only hald of machines are being used and they have been waiting 6 hours so far.


Frances Watson

*Chief Investigator*

*Investigations Division*

*Georgia Secretary of State*

Main: 470-312-2774

Cell: 404-683-3226

PLAINTIFF EXHIBIT

**45**

1:17-cv-02989

Dominion043484

Plaintiff Exhibit 45    p. 1 of 2



**From:** Simmons, Rachell
**Sent:** Tuesday, June 9, 2020 2:37 PM
**To:** Watson, Frances <fwatson@sos.ga.gov>; Combs, Leigh <lcombs@sos.ga.gov>
**Subject:** voter


Erika Reynolds 404-910-9090- she has been standing in line for the past 6 hours at a polling place in Fulton County. There are not enough machines.  She is upset that there seems to be a disparity from North Fulton to South Fulton as far as voting is concerned and the time frame as which it is taking to vote.  She has asked for a call back.  She didn't give me  the polling place location.


Rachell Simmons

*Operations Supervisor*

*Georgia Secretary of State*

*470-312-2755*



Dominion043485

| | |
|---|---|
| **From:** | David Greenwalt |
| **To:** | Harvey, Chris |
| **Cc:** | Gabriel Sterling; Scott Tucker; Tom Feehan; Brooke Lurvey; Germany, Ryan |
| **Subject:** | [EXTERNAL] Re: FW: Poll Pads |
| **Date:** | Tuesday, June 9, 2020 3:03:40 PM |

Chris,
Have in my notes a call from Kathleen @ 7:25 AM today regarding a cancellation code. We had calls to resolve the encoding issue through the Dominion support line and I worked with Jennifer in Dominion support and Bobby the Dominion Tech on the ground in Greene. I had calls with him @ 8:39 & 8:45 with the issue to the issue.

**David Greenwalt  | Southeast Election Director**
KNOWiNK | 2111 Olive St. |  St. Louis, MO 63103  |  855-POLL PAD
KNOWiNK Georgia | 7000 Highlands Parkway, SE  Suite 160 | Smyrna, GA 30082
Direct: 314.410.6785  |  Cell: 770.330.1229  |  Email: david@knowink.com
KNOWiNK Technical Support: support@knowink.com  |  855.765.5723 ext.3



On Tue, Jun 9, 2020 at 2:54 PM Harvey, Chris <wharvey@sos.ga.gov> wrote:

> Poll Pad comments and observations from a pretty good county elections director.
>
>
> Chris Harvey
>
> *Elections Director*
>
> Georgia Secretary of State
>
>
> **Main 470-312-2777**
>
> **Cell   404-985-6351**

PLAINTIFF EXHIBIT

**51**

1:17-cv-02989

> **From:** Coine-Mayers Kathleen <ckathleen@greenecountyga.gov>
> **Sent:** Tuesday, June 9, 2020 1:23 PM

Dominion043477

**To:** Harvey, Chris <wharvey@sos.ga.gov>
**Subject:** Poll Pads

Chris:

I imagine that Greene County was not alone today in the

issues that we experienced with Knowink poll pads.

I was at our largest poll this morning when they began

to process their first voters.  No one that came in

could vote on the BMD with the voter card.

From 7:00 am to 9:00 am

I made numerous calls to both Dominion and Knowink

Helplines and then to several individuals while at a poll location.

When calling the Knowink line, I never had a live individual

answer the phone. Only offered voicemail.  In a crisis

I am looking for a live body, not a machine. Once I got a live person, I was put on hold

repeatedly by the Knowink tech.  Then, I was told to call Dominion.

They were answering the phone, but referred me back to

Knowink.  As I was attempting to rectify the situation

at Old Salem ( our largest precinct) I received a call that

we had the same problem at our 2nd largest precinct, Greensboro.

Dominion043478

When talking to Knowink, the questioned why they had received

a call from two different individuals from Greene County.  I explained

that I was not at the other poll and it was my Registrar and

the Dominion Tech who were working on whatever issue was

happening there.


Dominion called me back and walked me through several processes to attempt

to get the voter card to work on the BMD and to activate

a card on the BMD.  Nothing worked.


At some point, after several hours of calls, I received a call from our tech informing me that

he was going to have to come out with the Knowink router

and correct the problem.  By that time, all 4 of my polls

had reported that they had to go to paper.


No one was turned away.  Everyone had a chance to vote

the Emergency ballots.  However, the impression left on

voters and poll watchers was less than stellar.


I know that your staff and ours and Dominion have worked very

hard to manage this process.  The Dominion equipment

works fine, we had no issues during Early Voting.


The Poll Pads have been a different story: long download times,

wrong passwords, ridiculous wait times to get technical assistance,

and no timely solutions to offer us.

Dominion043479

My sense is that they are not ready for Prime Time and there

needs to be significant change before November.


Sincerely,


Kathleen Mayers

Greene County Board of Elections and Registration Supervisor

1180 C. Weldon Smith Drive, Suite 120

Greensboro, Ga 30642

706-453-1108  Office

706-453-9438  Fax


STATEMENT OF CONFIDENTIALITY: This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged. The information contained in this electronic message and any attachments thereto are intended for the exclusive use of the addressees and may contain confidential and/or privileged information. If you are not the intended recipient, please inform the sender immediately via telephone, fax or reply e-mail and delete all copies of this message and all attachments from your system.
KNOWiNK provides election technology. This email involves communication related to election security and may be protected from disclosure during any public records request. Before releasing this email you are required to notify KNOWiNK at FOIA@knowink.com. We will respond within one (1) business day.

Dominion043480