# EXHIBIT 9



75 14th Street, 26th Floor
Atlanta, GA 30309
T: 404.873.8000   F: 404.873.8050
www.pcwlawfirm.com

J. Matthew Maguire, Jr.
mmaguire@pcwlawfirm.com

July 6, 2021

**Via Email:** benglish@maynardcooper.com
Brad English
Maynard Cooper Gale
655 Gallatin Street SW
Huntsville, AL 35801

  Re: Subpoena to Pro V&V, Inc.
     *Curling, et al. v. Raffensperger, et al.*, No. 1:17-cv-2989-AT (N.D. Ga.)

Dear Mr. English:

  As you are aware, Pro V & V, Inc. is contractually prohibited from producing the confidential and proprietary information and/or trade secrets of my client, Dominion Voting Systems, Inc. ("Dominion"). This confirms our recent conversation in which I advised that Dominion does not consent to Pro V & V's production of any of such information in response to any subpoena issued in the above litigation, including the June 12, 2021 subpoena served by the Curling Plaintiffs. Please contact me if you have any questions about Pro V & V's obligations in this regard. Thank you in advance for your cooperation.

  Best regards.

             Sincerely,

             J. Matthew Maguire, Jr.

JMM/smd

CC: Michael Frontera